# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TYRONE MILLER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT LUTHER, DISTRICT ATTORNEY OF THE COUNTY OF DELAWARE and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA | : : : : : : | NO. 15-6456 |

## ORDER

**NOW**, this 10th day of July, 2017, upon consideration of the Petition for Writ of *Habeas Corpus* (Document No. 1), the Response to the Petition for Writ of *Habeas Corpus*, the Report and Recommendation filed by United States Magistrate Judge Marilyn Heffley (Docket No. 14), and the petitioner's Objections to the Report and Recommendation, and after a thorough and independent review of the record, it is **ORDERED** that:

1. The petitioner's objections are **OVERRULED**;

2. The Report and Recommendation of Magistrate Judge Heffley is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of *Habeas Corpus* is **DENIED**; and,

4. There is no probable cause to issue a certificate of appealability.

/s/TIMOTHY J. SAVAGE